# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Larry Abrams** ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner ) | | 1:24-cv-00074-MR |
| ) | | |
| vs. ) | | |
| ) | | |
| **Todd Ishee,** ) | | |
| Respondent ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 22, 2024 Order.

April 22, 2024

Katherine Hord Simon, Clerk
United States District Court